ATTACHMENT IV

PROCEEDING MEMO AND MINUTES OF
THE CHAPTER 7 §341 MEETING
03/19/2024

IN RE:  ELBA M. LEAL                          CASE NO.  24-10100

**APPEARANCES:**
(✓) DEBTOR 1                             (  ) DEBTOR 2 (Spouse in Joint Cases)
    (✓) Required picture I.D. produced        (  ) Required picture I.D. produced
    (✓) Required SSN verification produced    (  ) Required SSN verification produced
    (✓) Pay advices received                  (  ) Pay advices received

Abuse / No Abuse designation is (  ) accurate (  ) inaccurate
because_____
_____

Credit counseling certificate (  ) filed (  ) not filed
Tax returns received for _____(years) on _____
Financial Documents were (  ) retained by trustee  (  ) returned to debtor(s)
(  ) DEBTOR'S REPRESENTATIVE_____
(✓) ATTORNEY FOR DEBTOR(S):  MITCHELL D. DICKSON
(  ) DEBTOR(S) APPEARED PRO SE
    YES (  ) NO (  ) If Pro Se, did anyone assist with preparation?
    YES (  ) NO (  ) If Yes, obtain completed pro se form.
THE MEETING OF CREDITORS WAS:
    (✓)  HELD
    or
    (  )  NOT HELD
    or
    (  )  NOT CONCLUDED AND IS CONTINUED TO THE ____ DAY OF _____, 2024 AT _____ O'CLOCK ____.M.

YES (  ) NO (  ) Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C. §329.
CREDITOR(s)__Victoria Jorson / Brookshire Bank_____

DEBTOR(s) REQUIRED TO:
(  ) AMEND Schedules and Statements within 10 Days of 341(a) Meeting.
(  ) OTHER: Provide within 10 days: *All info requested in Trustee's First Notice:* _____
_____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in:
_____
ADDITIONAL NOTES: _____
_____

DATED:  03/19/2024                TRUSTEE  s/ Samera L. Abide
Track # __3__